# Third District Court of Appeal

## State of Florida

Opinion filed November 15, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0456
Lower Tribunal No. 13-19894
_____

**Arko Plumbing Corp.,**
Appellant,

vs.

**Michael P. Rudd, Esq., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Michael A. Hanzman, Judge.

Weil Law Firm, P.A., and Ronald P. Weil and Marguerite C. Snyder, for appellant.

Rumberger, Kirk & Caldwell, and M. Stephen Smith and Michael R. Holt, for appellees.

Before FERNANDEZ, SCALES and BOKOR, JJ.

PER CURIAM.

Affirmed.